## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH LOOMIS AND JANAN LOOMIS, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF LEAH LOOMIS, DECEASED,

Petitioners

v.

MIA BOMBA, GINA BOMBA, WILLIAM FARBER, JR.,

Respondents

: No. 99 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.